**U.S. District Court**
**District of New Jersey [LIVE] (Trenton)**
**CIVIL DOCKET FOR CASE #: 3:03-cv-03230-SRC-JJH**

INTERNATIONAL UNION v. ASTRAZENECA PLC, et al
Assigned to: Judge Stanley R. Chesler
Referred to: Magistrate Judge John J. Hughes
Demand: $0
Lead Docket: None
Related Cases: None
Case in other court: MONMOUTH COUNTY, 03-00193-C
Cause: 28:1132 E.R.I.S.A.

Date Filed: 07/03/03
Jury Demand: Plaintiff
Nature of Suit: 791 Labor: E.R.I.S.A.
Jurisdiction: Federal Question

**Plaintiff**
-----------------------

**INTERNATIONAL UNION OF OPERATING ENGINEERS, LOCAL NO. 68 WELFARE FUND**

represented by **DONALD E. HAVILAND, JR.**
KLINE & SPECTER
1800 CHAPEL AVENUE
SUITE 302
CHERRY HILL, NJ 08002
(856) 424-9162
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**
-----------------------

**ASTRAZENECA PLC**

**ASTRAZENECA PHARMACEUTICALS LP**

represented by **DAVID J. COONER**
MCCARTER & ENGLISH, LLP
FOUR GATEWAY CENTER
P.O. BOX 652
NEWARK, NJ 07101
(973)622-4444
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**ASTRAZENECA LP**

**ZENECA, INC.**

**TAP PHARMACEUTICAL PRODUCTS, INC.**

**ABBOTT LABORATORIES**

**TAKEDA CHEMICAL**

INDUSTRIES, LTD.

BAYER AG

BAYER CORPORATION

MILES LABORATORIES, INC.

CUTTER LABORATORIES

GLAXOSMITHKLINE, PLC

SMITHKLINE BEECHAM CORPORATION

GLAXO WELLCOME, INC.

PHARMACIA CORPORATION

PHARMACIA & UPJOHN

MONSANTO COMPANY

G.D. SEARLE COMPANY

SANOFI-SYNTHELABO, INC.

JOHNSON & JOHNSON

ALZA CORPORATION

CENTOCOR, INC.

ORTHO BIOTECH, INC.

ALPHA THERAPEUTIC CORPORATION

HOFFMAN LA-ROCHE INC

AMGEN, INC.

IMMUNEX CORPORATION

AVENTIS PHARMACEUTICALS, INC.

AVENTIS BEHRING LLC

HOECHST MARION ROUSSEL, INC.

CENTEON, LLC

ARMOUR PHARMACEUTICALS

BAXTER INTERNATIONAL, INC.

**BAXTER HEALTHCARE CORPORATION**

**IMMUNO-US, INC.**

**BOEHRINGER INGELHEIM CORP.**                 represented by   **WILLIAM LOUIS HURLOCK**
                                                                SILLS, CUMMIS EPSTEIN & GROSS, PA
                                                                THE LEGAL CENTER
                                                                ONE RIVERFRONT PLAZA
                                                                NEWARK, NJ 07102-5400
                                                                (973) 643-7000
                                                                Email: whurlock@sillscummis.com
                                                                *LEAD ATTORNEY*
                                                                *ATTORNEY TO BE NOTICED*

**BEN VENUE LABORATORIES, INC.**               represented by   **WILLIAM LOUIS HURLOCK**
                                                                (See above for address)
                                                                *LEAD ATTORNEY*
                                                                *ATTORNEY TO BE NOTICED*

**BEDFORD LABORATORIES**                       represented by   **WILLIAM LOUIS HURLOCK**
                                                                (See above for address)
                                                                *LEAD ATTORNEY*
                                                                *ATTORNEY TO BE NOTICED*

**ROXANE LABORATORIES**                        represented by   **WILLIAM LOUIS HURLOCK**
                                                                (See above for address)
                                                                *LEAD ATTORNEY*
                                                                *ATTORNEY TO BE NOTICED*

**BRISTOL-MYERS SQUIBB COMPANY**

**ONCOLOGY THERAPEUTICS NETWORK CORPORATION**

**APOTHECON, INC.**

**DEY, INC.**

**FUJISAWA PHARMACEUTICAL, CO., LTD**

**FUJISAWA HEALTHCARE, INC.**

**FUJISAWA USA, INC.**

**NOVARTIS INTERNATIONAL AG**

**NOVARTIS PHARMACEUTICALS CORPORATION**

**SANDOZ PHARMACEUTICAL**

CORPORATION

SCHERING-PLOUGH
CORPORATION

WARRICK PHARMACEUTICALS
CORPORATION

SICOR, INC.

GENSIA SICOR
PHARMACEUTICALS, INC.

WYETH

WYETH PHARMACEUTICALS

| | |
|---|---|
| SAAD ANTOUN, *M.D.* | represented by **CINDY DUNLAP HINKLE**<br>DUANE MORRIS LLP<br>51 HADDONFIELD ROAD<br>SUITE 340<br>CHERRY HILL, NJ 08002-4810<br>(856) 488-7300<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

STANLEY C. HOPKINS, *M.D.*

ROBERT A. BERKMAN, *M.D.*

DOES, *1-50; ABC CORPORATION 1-50; AND XYZ PARTNERSHIPS; AND ASSOCIATIONS 1-50*

| Filing Date | # | Docket Text |
|---|---|---|
| 07/03/2003 | 1 | NOTICE OF REMOVAL from Monmouth County Superior Court with the following State Court proceedings annexed; A)summons B) complaint C)OTSC by ASTRAZENECA PHARM (FILING FEE $ 150.00 RECEIPT # 316861) (ck) (Entered: 07/10/2003) |
| 07/03/2003 | 1 | COMPLAINT as filed in Monmouth County Superior Court on 6/30/03; docket #03-193-C; jury demand (ck) (Entered: 07/10/2003) |
| 07/03/2003 | 2 | CERTIFICATE OF SERVICE by ASTRAZENECA PHARM supporting [1-1] removal notice (ck) (Entered: 07/10/2003) |
| 07/08/2003 | | SUMMONS issued for all named dfts. (20 days) (Mailed to Counsel) (issued in Newark per request of pltf. counsel) (ck) (Entered: 07/10/2003) |

| | | |
|---|---|---|
| 07/08/2003 | 5 | Notice of MOTION to stay all proceedings pending decision by judicial panel on multidistrict litigation by ASTRAZENECA PHARM, Motion set for 10:00 7/21/03 on [5-1] motion . (Brief/PO Subm) (Per Chambers) (ck) (Entered: 07/10/2003) |
| 07/08/2003 | 6 | CERTIFICATE OF SERVICE by ASTRAZENECA PHARM supporting [5-1] motion to stay (ck) (Entered: 07/10/2003) |
| 07/08/2003 | 7 | CERTIFICATION of DAVID J. COONER on behalf of ASTRAZENECA PHARM supporting [5-1] motion to stay (ck) (Entered: 07/10/2003) |
| 07/09/2003 | 8 | Notice of MOTION to remand back to Monmouth County Superior Court , for expedited hearing , & for show cause hearing on temporary restraining order by INTERNATIONAL UNION, Motion set for 10:00 7/21/03 on [8-1] [8-2] & [8-3] motion . (Brief/PO Subm) (Per Chambers) (ck) Modified on 07/11/2003 (Entered: 07/11/2003) |
| 07/09/2003 | 9 | AFFIDAVIT of DONALD E. HAVILAND, JR. on behalf of pltf. supporting [8-1] [8-2] & [8-3] motions. (ck) (Entered: 07/11/2003) |
| 07/10/2003 | 3 | NOTICE of Allocation and Assignment filed. (TRENTON - Judge STANLEY R. CHESLER - Magistrate Judge JOHN J. HUGHES) (NM) (ck) Modified on 07/10/2003 (Entered: 07/10/2003) |
| 07/10/2003 | 4 | ORDER, setting scheduling conference for 10:00 8/14/03 (signed by Mag. Judge John J. Hughes) (NM) (ck) Modified on 07/10/2003 (Entered: 07/10/2003) |
| 07/15/2003 | 10 | DECLARATION of MARIELENA PIRIZ on behalf of ASTRAZENECA PHARM in opposition to [8-1] motion to remand back to Monmouth County Superior Court (DS) (Entered: 07/18/2003) |
| 07/15/2003 | 11 | CERTIFICATE OF SERVICE by ASTRAZENECA PHARM of [10-1] declaration (DS) (Entered: 07/18/2003) |
| 07/16/2003 | 22 | LETTER By ROBERT A. BERKMAN'S attorney in opposition to [1-1] notice of removal (ij) (Entered: 07/28/2003) |
| 07/17/2003 | 18 | Notice of MOTION for MICHAEL M. MUSTOKOFF to appear pro hac vice by dft. SAAD ANTOUN [18-1] motion referred to Mag. Judge John J. Hughes, Motion set for 10:00 9/2/03 on [18-1] motion . (ss) (Entered: 07/23/2003) |
| 07/17/2003 | 19 | DEFICIENT MOTION filed by dft. SAAD ANTOUN to quash subpoena ad testificandum and duces tecum. (No brief or service) (ss) |

| | | |
|---|---|---|
| | | (Entered: 07/23/2003) |
| 07/18/2003 | 12 | SECOND DECLARATION of DAVID J. COONER on behalf of ASTRAZENECA PHARM in support of [5-1] motion to stay all proceedings pending decision by judicial panel on multidistrict litigation. (DS) (Entered: 07/21/2003) |
| 07/18/2003 | 13 | CERTIFICATE OF SERVICE by ASTRAZENECA PHARM of [12-1] declaration (DS) (Entered: 07/21/2003) |
| 07/18/2003 | 14 | Notice of MOTION for D. SCOTT WISE, KIMBERLEY D. HARRIS & ERIC D. GILL, Esqs., to appear pro hac vice by ASTRAZENECA PHARM; [14-1] Motion set for 7/21/03 on [14-1] motion . (Brief/PO Subm) (DS) Modified on 07/28/2003 (Entered: 07/21/2003) |
| 07/18/2003 | 15 | CERTIFICATION of DAVID J. COONER, ESQ., on behalf of ASTRAZENECA PHARM in support of [14-1] motion for D. SCOTT WISE, KIMBERLEY D. HARRIS & ERIC D. GILL, Esqs., to appear pro vice by ASTRAZENECA PHARM. (DS) (Entered: 07/21/2003) |
| 07/18/2003 | 16 | CERTIFICATE OF SERVICE by ASTRAZENECA PHARM of [14-1] motion for D. SCOTT WISE, KIMBERLEY D. HARRIS & ERIC D. GILL, Esqs., to appear pro hac vice by ASTRAZENECA PHARM. (DS) (Entered: 07/21/2003) |
| 07/18/2003 | 17 | NOTICE of JOINDER in support of [8-1] motion to remand by SAAD ANTOUN. (DS) (Entered: 07/21/2003) |
| 07/23/2003 | 20 | Minute entry: Proceedings recorded by Ct-Reporter: KASHMER; Minutes of: 7/21/03; The following actions were taken, denying [8-1] motion to remand back to Monmouth County Superior Court; denying [8-2] motion for expedited hearing; denying [8-3] motion for show cause hearing on temporary restraining order By Judge Stanley R. Chesler (ss) (Entered: 07/23/2003) |
| 07/23/2003 | 21 | Minute entry: Proceedings recorded by Ct-Reporter: KASHMER; Minutes of: 7/21/03; The following actions were taken, granting [5-1] motion to stay all proceedings pending decision by judicial panel on multidistrict litigation By Judge Stanley R. Chesler (ss) (Entered: 07/23/2003) |
| 07/28/2003 | | Motion(s) no longer referred: [14-1] motion for D. SCOTT WISE, KIMBERLEY D. HARRIS & ERIC D. GILL, Esqs., to appear pro hac vice by ASTRAZENECA PHARM; (dg) (Entered: 07/28/2003) |
| | | |

| 07/28/2003 | 26 | CERTIFICATE OF SERVICE by STANLEY C. HOPKINS of [1-1] complaint. (DS) (Entered: 07/30/2003) |
|---|---|---|
| 07/29/2003 | 33 | Notice of MOTION to quash subpoena ad testificandum and duces tecum by dft. SAAD ANTOUN , Motion set for 10:00 9/2/03 on [33-1] motion . (Brief/PO Subm) (ss) (Entered: 08/11/2003) |
| 07/30/2003 | 23 | Minute entry: Proceedings not recorded; Minutes of: 7/28/03; The following actions were taken, granting [14-1] motion for D. SCOTT WISE, KIMBERLEY D. HARRIS & ERIC D. GILL, Esqs., to appear pro hac vice by ASTRAZENECA PHARM; By Judge Stanley R. Chesler (ss) (Entered: 07/30/2003) |
| 07/30/2003 | 24 | ORDER granting [14-1] motion for D. SCOTT WISE, KIMBERLEY D. HARRIS & ERIC D. GILL, Esqs., to appear pro hac vice by ASTRAZENECA PHARM. (signed by Judge Stanley R. Chesler) (NM) (ij) (Entered: 07/30/2003) |
| 07/30/2003 | 25 | ORDER granting in part [5-1] motion to stay all proceedings pending decision by judicial panel on multidistrict litigation & setting briefing schedule. (signed by Judge Stanley R. Chesler) (NM) (ij) (Entered: 07/30/2003) |
| 07/30/2003 | 28 | TRANSCRIPT of Proceedings taken on 7/21/03 (ss) (Entered: 08/04/2003) |
| 08/01/2003 | 31 | Notice of MOTION for JACK E. FERNANDEZ to appear pro hac vice for dft. STANLEY C. HOPKINS [31-1] motion referred to Mag. Judge John J. Hughes, Motion set for 10:00 9/2/03 on [31-1] motion . (ss) (Entered: 08/11/2003) |
| 08/04/2003 | 27 | Minute entry: Proceedings not recorded; Minutes of: 7/21/03; The following actions were taken, granting [14-1] motion for D. SCOTT WISE, KIMBERLEY D. HARRIS & ERIC D. GILL, Esqs., to appear pro hac vice by ASTRAZENECA PHARM; By Judge Stanley R. Chesler (ss) (Entered: 08/04/2003) |
| 08/04/2003 | 29 | DECLARATION of STUART FULLERTON, ESQ. on behalf of dft. ASTRAZENECA PHARM opposing [8-1] motion to remand back to Monmouth County Superior Court, [8-2] motion for expedited hearing, [8-3] motion for show cause hearing on temporary restraining order (ss) (Entered: 08/04/2003) |
| 08/04/2003 | 30 | CERTIFICATE OF SERVICE by ASTRAZENECA PHARM of [29-1] declaration (ss) (Entered: 08/04/2003) |
| 08/04/2003 | 32 | Notice of MOTION to remand action to state court by dft. STANLEY |

| | | |
|---|---|---|
| | | C. HOPKINS , Motion set for 10:00 9/2/03 on [32-1] motion . (PO Subm) (ss) (Entered: 08/28/2003) |
| 08/12/2003 | 34 | CERTIFICATION of DONALD E. HAVILAND, JR., ESQ. on behalf of INTERNATIONAL UNION supporting [8-1] motion to remand back to Monmouth County Superior Court, [8-2] motion for expedited hearing, [8-3] motion for show cause hearing on temporary restraining order (ss) (Entered: 08/12/2003) |
| 09/02/2003 | 36 | Minute entry: Proceeding NOT recorded; Minutes of 9/2/03; This action taken: granting [18-1] motion for MICHAEL M. MUSTOKOFF to appear pro hac vice for dft. SAAD ANTOUN. (By Mag. Judge John J. Hughes) (ms) (Entered: 09/05/2003) |
| 09/02/2003 | 37 | Minute entry: Proceeding NOT recorded; Minutes of 9/2/03; This action GRANTED: [31-1] motion for JACK E. FERNANDEZ to appear pro hac vice for deft, HOPKINS. (By Mag. Judge John J. Hughes) (ms) (Entered: 09/05/2003) |
| 09/03/2003 | 35 | ORDER granting [18-1] motion for MICHAEL M. MUSTOKOFF to appear pro hac vice by dft. SAAD ANTOUN ( signed by Mag. Judge John J. Hughes ) (NM) (ss) (Entered: 09/03/2003) |
| 09/11/2003 | 38 | DEFICIENT MOTION filed by dft. STANLEY C. HOPKINS for extention of time to answer complaint . (no brief or stmt) (ss) (Entered: 09/15/2003) |
| 09/15/2003 | 39 | CERTIFICATION of Donald E. Haviland, Jr., Esq. on behalf of pltf INTERNATIONAL UNION in support of: pltf order to show cause (DH) (Entered: 09/16/2003) |
| 09/18/2003 | 40 | ORDER granting [31-1] motion for JACK E. FERNANDEZ to appear pro hac vice for dft. STANLEY C. HOPKINS ( signed by Mag. Judge John J. Hughes ) (NM) (dg) (Entered: 09/18/2003) |
| 09/18/2003 | 41 | Notice of MOTION to extend answer time for STANLEY C. HOPKINS . [41-1] motion referred to Mag. Judge John J. Hughes, Motion set for 10/6/03 on [41-1] motion . (PO) (ms) (Entered: 09/19/2003) |
| 09/29/2003 | 42 | ORDER granting [41-1] motion to extend answer time for STANLEY C. HOPKINS to 10/30/03. (signed by Mag. Judge John J. Hughes) (NM) (SA) (Entered: 09/29/2003) |
| 10/10/2003 | 43 | ORDER denying [8-3] motion for show cause hearing on temporary restraining order by pltf., and staying all proceedings (signed by Judge Stanley R. Chesler) (NM) (ss) (Entered: 10/14/2003) |

| | | |
|---|---|---|
| 10/15/2003 | 44 | TRANSCRIPT of Proceedings taken on 9/15/03 filed 10/7/03. (ms) (Entered: 10/15/2003) |
| 10/15/2003 | 45 | Minutes of 10/6/03 filed 10/6/03: Proceeding NOT recorded; This action taken: granting [41-1] motion to extend answer time for STANLEY C. HOPKINS. (By Mag. Judge John J. Hughes) (ms) (Entered: 10/15/2003) |
| 10/16/2003 | 46 | NOTICE of attorney appearance for BOEHRINGER INGELHEIM, BEN VENUE LAB, BEDFORD LABORATORIES, ROXANE LABORATORIES by WILLIAM LOUIS HURLOCK. (SA) (Entered: 10/16/2003) |
| 10/27/2003 | 47 | Notice of MOTION for PAUL J. COVAL, DOUGLAS L. ROGERS, DARRELL A.H. MILLER, ESQS. to appear pro hac vice on behalf of dfts. BOEHRINGER, BEN VENUE, BEDFORD LABS and ROXANE LABS. [47-1] motion referred to Mag. Judge John J. Hughes, Motion set for 10:00 12/1/03 on [47-1] motion . (PO Subm) (ss) (Entered: 10/31/2003) |
| 11/07/2003 | 48 | APPLICATION and CLERK'S ORDER, appointing special process server for pltf (NM) (ss) Modified on 11/18/2003 (Entered: 11/18/2003) |
| 11/19/2003 | 49 | Notice of MOTION for reconsideration of [43-1] order by pltf. Motion set for 12/15/03 on [49-1] motion (Brief/PO) (ms) (Entered: 11/24/2003) |
| 12/01/2003 | 50 | ORDER granting [47-1] motion for PAUL J. COVAL, DOUGLAS L. ROGERS, DARRELL A.H. MILLER, ESQS. to appear pro hac vice on behalf of dfts. BOEHRINGER, BEN VENUE, BEDFORD LABS and ROXANE LABS. (signed by Mag. Judge John J. Hughes) (NM) (ss) (Entered: 12/01/2003) |
| 12/02/2003 | 51 | ORDER granting [47-1] motion for PAUL J. COVAL, DOUGLAS L. ROGERS, DARRELL A.H. MILLER, ESQS. to appear pro hac vice on behalf of dfts. BOEHRINGER, BEN VENUE, BEDFORD LABS and ROXANE LABS. (signed by Mag. Judge John J. Hughes) (NM) (ss) (Entered: 12/02/2003) |
| 12/02/2003 | 52 | ORDER granting [47-1] motion for PAUL J. COVAL, DOUGLAS L. ROGERS, DARRELL A.H. MILLER, ESQS. to appear pro hac vice on behalf of dfts. BOEHRINGER, BEN VENUE, BEDFORD LABS and ROXANE LABS. (signed by Magistrate Judge Tonianne J. Bongiovanni) (NM) (ss) (Entered: 12/02/2003) |
| 12/11/2003 | 53 | Minute entry: Proceedings not recorded; Minutes of: 12/1/03; The |

|  |  | following actions were taken, granting [47-1] motion for PAUL J. COVAL, DOUGLAS L. ROGERS, DARRELL A.H. MILLER, ESQS. to appear pro hac vice on behalf of dfts. BOEHRINGER, BEN VENUE, BEDFORD LABS and ROXANE LABS., By Mag. Judge John J. Hughes (ss) (Entered: 12/11/2003) |
|---|---|---|

| PACER Service Center ||||
|---|---|---|---|
| Transaction Receipt ||||
| 07/02/2004 11:02:23 ||||
| PACER Login: | us2510 | Client Code: | |
| Description: | Docket Report | Case Number: | 3:03-cv-03230-SRC-JJH |
| Billable Pages: | 5 | Cost: | 0.35 |