UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
OFFICE OF THE CLERK
U.S.P.O. & COURTHOUSE
NEWARK, NEW JERSEY 07101

CAMDEN OFFICE
U.S.P.O. & COURTHOUSE
401 MARKET STREET
CAMDEN, NJ 08101

WILLIAM T. WALSH

CLERK

July 6, 2004

TRENTON OFFICE
402 EAST STATE STREET
ROOM 301
TRENTON, NJ 08603

REPLY TO: TRENTON

Office of the Clerk
United States District Court
District of Massachusetts
1 Courthouse Way
Boston, Massachusetts 02210

            Re: International Union v. Astrazeneca PLC, et al
                Cv. 03-3230(SRC)

Dear Clerk:

Enclosed please find the file in the above captioned matter which
was transfered to your district pursuant to an order of the
Multidistrict Litigation Panel filed on 7/6/04, a certified copy of
which is enclosed. Also enclosed is a certified copy of the docket
entries in this district.

Kindly acknowledge receipt of the above on the enclosed copy of
this letter and return in the envelope provided. Thank you for
your anticipated cooperation.

                                Sincerely,
                                WILLIAM T. WALSH, CLERK


                          By: Lillian A. Krzyzanowski
                              Deputy Clerk

cc: All counsel of record
    file


Receipt Acknolwledged by:_____
Date Received:_____




OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF MASSACHUSETTS
UNITED STATES COURTHOUSE
1 COURTHOUSE WAY
BOSTON, MASSACHUSETTS 02210
TELEPHONE: 617-748-9152

TONY ANASTAS
CLERK

KIMBERLY M. ABAID
DEPUTY CLERK

Mr. William T. Walsh, Clerk                                July 2, 2004
United States District Court
2020 Clarkson S. Fisher Federal Building
  and United States Courthouse
402 East State Street
Trenton, NJ 08608

IN RE: <u>MDL DOCKET No. 1456</u>  In Re: Pharmaceutical Industry Average
Wholesale Price Litigation
USDC - Massachusetts <u>Lead</u> Case No. 1:01CV12257-PBS
Your Case: Civil Action No. 3:03-3230 International Union v. Astrazeneca PLC, et al
District of MA No.1:04cv11503 PBS

Dear Mr. Walsh:

Enclosed is a certified copy of the Order of the Judicial Panel on Multi-District Litigation, transferring the cases on the attached listing to the U.S. District Court for the District of Massachusetts for coordinated or consolidated pretrial proceedings pursuant to Title 28 United States Code Section 1407.  These cases have been assigned to the Honorable Patti B. Saris.

In accordance with the Rules concerning Multi-District Litigation, please forward the original case file, along with a certified copy of the docket entries and a copy of the transfer order for the case now pending in your district as indicated above.  Also include a copy of this letter when transmitting your records to the above address.

Your prompt attention to this matter is greatly appreciated.  If you should have any questions, please do not hesitate to contact the undersigned at 617-748-9113, Robert Alba, Courtroom Clerk for Judge Saris at 617-748-9175 or Christine Patch, Docket Clerk for Judge Saris, at  617-748-9178.

                                        Sincerely,

                                        Kimberly M. Abaid
                                        Deputy Clerk

Information Copy to:        Michael Beck, Clerk of the Panel
                           Counsel of Record
                           Robert Alba
                           Christine Patch