**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) MDL No. 1456 )  ) Master File No. 01-CV-12257-PBS ) ) Judge Patti B. Saris |
| THIS DOCUMENT RELATED TO: | ) ) |
| *International Union of Operating Engineers, Local NO. 68 Welfare Fund v. AstraZeneca PLC, et al.,* Civil Action No. 04-11503-PBS | ) ) ) ) ) |

## NOTICE OF APPEARANCE

Pursuant to Local Rule 83.5.2(a), please notice the appearance of Martin F. Murphy as attorney for Takeda Pharmaceutical Company Limited (formerly known as Takeda Chemical Industries, Ltd.) in the above-captioned matter.

        Respectfully submitted,

        **TAKEDA PHARMACEUTICAL COMPANY LIMITED,**
        **(formerly known as Takeda Chemical Industries, Ltd.),**

        By: /s/ Martin F. Murphy
        Martin F. Murphy, BBO# 363250
        BINGHAM McCUTCHEN LLP
        150 Federal Street
        Boston, Massachusetts 02110
        (617) 951-8000

Dated: April 7, 2005

2

**CERTIFICATE OF SERVICE**

    I hereby certify that on April 7, 2005, a true and correct copy of the foregoing *Notice of Appearance* was served upon all counsel of record by electronic service, in accordance with Case Management Order No. 2, by sending a copy to Verilaw Technologies for posting and notification to all parties.

/s/ Martin F. Murphy
Martin F. Murphy