**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION ) ) ) ) ) THIS DOCUMENT RELATED TO: ) ) *International Union of Operating Engineers, Local NO. 68 Welfare Fund v. AstraZeneca PLC, et al.,* Civil Action No. 04-11503-PBS ) ) ) ) ) | MDL No. 1456 Master File No. 01-CV-12257 Judge Patti B. Saris |

**CORPORATE DISCLOSURE STATEMENT**
**OF TAKEDA PHARMACEUTICAL COMPANY LIMITED**

Pursuant to Rule 7.3(A) of the Local Rules of the United States District Court for the District of Massachusetts, Defendant Takeda Pharmaceutical Company Limited (formerly known as Takeda Chemical Industries, Ltd.) ("Takeda") states that it is a publicly held Japanese corporation. Takeda has no parent corporation, and no publicly held company owns more than 10% of Takeda's stock.

Respectfully submitted,

**TAKEDA PHARMACEUTICAL COMPANY LIMITED,**
**(formerly known as Takeda Chemical Industries, Ltd.),**

By: /s/ Martin F. Murphy
Martin F. Murphy, BBO# 363250
BINGHAM McCUTCHEN LLP
150 Federal Street
Boston, Massachusetts 02110
(617) 951-8000

Dated: April 7, 2005

2

**CERTIFICATE OF SERVICE**

      I hereby certify that on April 7, 2005, a true and correct copy of the foregoing *Corporate Disclosure Statement of Takeda Pharmaceutical Company Limited* was served upon all counsel of record by electronic service, in accordance with Case Management Order No. 2, by sending a copy to Verilaw Technologies for posting and notification to all parties.

      /s/ Martin F. Murphy
      Martin F. Murphy