**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION ) ) ) ) ) ) THIS DOCUMENT RELATED TO: ) ) *International Union of Operating Engineers,* ) *Local NO. 68 Welfare Fund v. AstraZeneca* ) *PLC, et al.,* ) Civil Action No. 04-11503-PBS ) | MDL No. 1456<br><br>Master File No. 01-CV-12257-PBS<br><br>Judge Patti B. Saris |

**NOTICE OF FILING LOCAL RULE 16.1(D)(3) CERTIFICATION**

Takeda Pharmaceutical Company Limited (formerly known as Takeda Chemical Industries, Ltd.), without waiving any defenses, hereby files its Local Rule 16.1(D)(3) Certification (attached).

                                          Respectfully submitted,

                                          **TAKEDA PHARMACEUTICAL COMPANY LIMITED,**
                                          **(formerly known as Takeda Chemical Industries, Ltd.),**

                                          By: /s/ Martin F. Murphy
                                              Martin F. Murphy, BBO# 363250
                                              BINGHAM McCUTCHEN LLP
                                              150 Federal Street
                                              Boston, Massachusetts 02110
                                              (617) 951-8000

Dated: April 7, 2005

2

## **CERTIFICATE OF SERVICE**

    I hereby certify that on April 7, 2005, a true and correct copy of the foregoing *Notice of Filing Local Rule 16.1(d)(3) Certification* was served upon all counsel of record by electronic service, in accordance with Case Management Order No. 2, by sending a copy to Verilaw Technologies for posting and notification to all parties.

                                        /s/ Martin F. Murphy
                                        Martin F. Murphy