## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY ) AVERAGE WHOLESALE PRICE ) LITIGATION ) | MDL NO. 1456 Civil Action No. 01-12257-PBS |

IN RE PHARMACEUTICAL INDUSTRY  )
AVERAGE WHOLESALE PRICE  )    MDL NO. 1456
LITIGATION  )    Civil Action No. 01-12257-PBS
  )
  )
THIS DOCUMENT RELATES TO:  )
  )
International Union of Operating  )
Engineers, Local No. 68 Welfare  )
Fund v. AstraZeneca PLC, et al.  )
Civil Action No. 04-11503-PBS  )
  )

## DEFENDANT TAKEDA PHARMACEUTICAL COMPANY
## LIMITED'S LOCAL RULE 16.1(D)(3) CERTIFICATION

Pursuant to Local Rule 16.1(D)(3), defendant Takeda Pharmaceutical Company Limited (formerly known as Takeda Chemical Industries, Ltd.), and its attorneys hereby certify that they have conferred with a view to establishing a budget for the costs of conducting the full course— and various alternative courses—for the above-captioned litigation and have conferred to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

By its attorneys,

Anthony C. Porcelli
Jenner & Block LLP
One IBM Plaza
Chicago, Illinois 60611
Tel:  312-3222-9350
Fax:  312-840-7613

Dated: April 7, 2005

CHICAGO_1233820_1

TAKEDA PHARMACEUTICAL COMPANY
LIMITED,

Hiroshi Shinha
Member of the Board
General Manager, Legal Department