UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>International Union of Operating Engineers, Local No. 68 Welfare Fund v. AstraZeneca PLC at al.<br>Civil Action No. 04-11503-PBS | ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br>MDL NO. 1456<br>Civil Action No. 01-12257-PBS |

### DEFENDANT ALPHA THERAPEUTIC CORPORATION'S
### LOCAL RULE 16.1(D)(3) CERTIFICATION

Pursuant to Local Rule 16.1(D)(3), defendant Alpha Therapeutic Corporation, and its attorneys hereby certify that they have conferred with a view to establishing a budget for the costs of conducting the full course—and various alternative courses—for the above-captioned litigation and have conferred to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

ALPHA THERAPEUTIC CORPORATION

By its attorneys,

NIXON PEABODY LLP

_____         _____
Dennis M. Duggan, Jr., P.C. (BBO #137460)    Matthew Currie
Melissa Bayer Tearney (BBO #558612)         Authorized Representative
David M. Ryan (BBO #644037)
NIXON PEABODY LLP
100 Summer Street
Boston, MA 02110
(617) 345-1000
Counsel for Alpha Therapeutic Corporation

BOS1480840.1