UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ) | |
| IN RE PHARMACEUTICAL INDUSTRY ) | |
| AVERAGE WHOLESALE PRICE ) | MDL NO. 1456 |
| LITIGATION ) | Civil Action No. 01-12257-PBS |
| ) | |
| ) | Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO: ) | |
| *International Union of Operating Engineers,* ) | Chief Magistrate Judge Marianne B. Bowler |
| *Local No. 68 Welfare Fund v. AstraZeneca* ) | |
| *PLC at al.*, Civil Action No. 04-11503-PBS ) | |
| ) | |

**DEFENDANTS PHARMACIA CORPORATION, PHARMACIA & UPJOHN, INC., MONSANTO COMPANY, AND G.D. SEARLE COMPANY'S LOCAL RULE 16.1(D)(3) CERTIFICATION**

Pursuant to Local Rule 16.1(D)(3), defendants Pharmacia Corporation, Pharmacia & Upjohn, Inc., Monsanto Company, and G.D. Searle Company, and its attorneys hereby certify that they have conferred with a view to establishing a budget for the costs of conducting the full course—and various alternative courses—for the above-captioned litigation and have conferred to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

|  |  |
|---|---|
| By its attorneys: | PHARMACIA CORPORATION, PHARMACIA & UPJOHN, INC., MONSANTO COMPANY, AND G.D. SEARLE COMPANY |

 /s/ John C. Dodds_____           /s/ Dan. S. Dunham_____
John C. Dodds                                         Dan S. Dunham
MORGAN, LEWIS & BOCKIUS LLP         Senior Corporate Counsel
1701 Market Street
Philadelphia, PA 19103
Tel: 215-963-5000

Dated:  April 8, 2005

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 8, 2005, I caused a true and correct copy of the foregoing to be served on all counsel of record by electronic service pursuant to Case Management Order No. 2 entered by the Honorable Patti B. Saris in MDL 1456.

                                                                                                                  __/s/ Mark D. Smith_____
                                                                                                                   Mark D. Smith