UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION ) ) ) | MDL NO. 1456 Civil Action No. 01-12257-PBS |
| ) THIS DOCUMENT RELATES TO: International Union of Operating ) Engineers, Local No. 68 Welfare ) Fund v. AstraZeneca PLC at al. ) Civil Action No. 04-11503-PBS ) ) | |

### DEFENDANT SANOFI-SYNTHELABO INC.'S
### LOCAL RULE 16.1(D)(3) CERTIFICATION

Pursuant to Local Rule 16.1(D)(3), defendant Sanofi-Synthelabo Inc. and its attorneys hereby certify that they have conferred with a view to establishing a budget for the costs of conducting the full course—and various alternative courses—for the above-captioned litigation and have conferred to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

By its attorneys:

SANOFI-SYNTHELABO INC.

_/s/ Grace M. Rodriguez_
Grace M. Rodriguez
KING & SPALDING LLP
1700 Pennsylvania Avenue NW
Washington DC 20006
Tel: 202-737-0500
Fax: 202-626-3737

_/s/ Susan Manardo Oney_
Susan Manardo Oney
Senior Director, U.S. Litigation