UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY ) <br> AVERAGE WHOLESALE PRICE ) <br> LITIGATION ) <br> ) <br> THIS DOCUMENT RELATES TO: ) <br> ) <br> International Union of Operating ) <br> Engineers, Local No. 68 Welfare ) <br> Fund v. AstraZeneca PLC at al. ) <br> Civil Action No. 04-11503-PBS ) <br> ) | MDL NO. 1456 <br> Civil Action No. 01-12257-PBS |

### DEFENDANT HOFFMANN-LA ROCHE INC.'S
### LOCAL RULE 16.1(D)(3) CERTIFICATION

Pursuant to Local Rule 16.1(D)(3), defendant Hoffmann-La Roche Inc. and its attorneys hereby certify that they have conferred with a view to establishing a budget for the costs of conducting the full course—and various alternative courses—for the above-captioned litigation and have conferred to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

HOFFMANN-LA ROCHE INC.

By its attorneys:

/s/ Grace M. Rodriguez
Grace M. Rodriguez
KING & SPALDING LLP
1700 Pennsylvania Avenue NW
Washington DC 20006
Tel: 202-737-0500
Fax: 202-626-3737

/s/ Jane Y. C. Mathews
Jane Y. C. Mathews
Senior Counsel
Managing Attorney